IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL JOSEPH LOGSDON,      )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )        1:25cv820-MHT
                             )           (WO)
COFFEE COUNTY JAIL,          )
et al.,                      )
                             )
     Defendants.             )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who at the time of filing was incarcerated in the Coffee County, Alabama jail, filed this lawsuit asserting that a defendant correctional sergeant violated his constitutional rights by pulling plaintiff off his bunk, slamming him on the floor, repeatedly kicking him in the head and body, and locking him in segregation after the assault without access to legal assistance or paperwork; plaintiff also avers that, as a result of the assault to his head, he began having seizures, and that the defendant sergeant and another defendant

correctional officer denied plaintiff needed medical care for the seizures. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to follow the court's directives. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 14th day of May, 2026.

        /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE